Case 2:16-mc-50649-LJM   ECF No. 3, PageID.25   Filed 08/18/16   Page 1 of 2

AUSA:   A. Brant Cook, 313-226-9756
AO 93 (Rev. 11/13) Search and Seizure Warrant    Task Force Officer: Stacy Zirkle, FBI, 313-965-2323



# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A 2007 Pontiac Grand Prix<br>Currently housed at M&D Towing, Warren, MI<br>(More fully described in Attachment A) | )<br>)<br>)<br>)<br>)<br>) Case:2:16-mc-50649<br>Judge: Michelson, Laurie J.<br>Filed: 05-03-2016<br>SEALED MATTER (LH) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____
*(identify the person or describe the property to be searched and give its location)* :

SEE ATTACHMENT A

FILED
AUG 1 8 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*

SEE ATTACHMENT A

**YOU ARE COMMANDED**     to execute this warrant on or before _____May 16, 2016_____ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.     at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the presiding United States Magistrate Judge on duty____.
*(United States Magistrate Judge)*

Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  May 3, 2016 4:35 pm     ANTHONY P. PATTI
                                                *Judge's signature*

City and state:    Detroit, MI                  Anthony P. Patti, United States Magistrate Judge
                                                *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

### Return

| Case No.: | Date and time warrant executed: 5/3/16  5:30 p.m. | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: Officer Larry Williams

Inventory of the property taken and name of any person(s) seized:

(4) Funeral program handouts
    Photo
    T-mobile receipt
    Tvim Corp receipt
    Black Alcatel cell phone
    Black Polaroid Tablet

FILED
AUG 18 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/9/16

Stacy Zirkle
Executing officer's signature

Stacy Zirkle, Task Force Agent
Printed name and title